LODGED

1  GARRY LAWRENCE JONES (S.B.#66344)
   LAW OFFICES OF GARRY LAWRENCE JONES
2  400 West 4th Street, 2nd Floor
   Santa Ana, California 92701
3  Telephone: (714) 558-7999
   Facsimile: (714) 588-7190
4
5  Attorneys for Plaintiff.
   ABDON ESQUEDA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| ABDON ESQUEDA,<br><br>    Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A. successor by merger with WELLS FARGO BANK, N.A., f/k/a WACHOVIA MORTGAGE, FSB, f/k/a WORLD SAVINGS BANK, FSB; NDEX WEST, L.L.C.; and Does 1 to 50, inclusive,<br><br>    Defendants, | SACV11-01227-JVS(RNBx)<br><br>ORDER TO SHOW CAUSE AND<br><br>TEMPORARY RESTRAINING ORDER |

Good cause appearing in the Complaint, application, supporting declarations and Memorandum of Points and Authorities; it appears that this is a proper cause for issuance of an Order to Show Cause and a Temporary Restraining Order; and that unless a Temporary Restraining Order issues, Plaintiffs will suffer irreparable injury before the matter can be heard on notice:

IT IS HEREBY ORDERED that Defendants WELLS FARGO BANK, N.A. successor by merger with WELLS FARGO BANK, N.A., f/k/a WACHOVIA MORTGAGE, FSB, f/k/a WORLD SAVINGS BANK, FSB; NDEX WEST, L.L.C., inclusive, appear on

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

1

1  August 26 at 3 p.m. in Department 10C of the above entitled court, located at 411 West Fourth
2  Street, Santa Ana, CA 92701, to show cause for why a preliminary injunction should not be
3  issued enjoining Defendants from selling or attempting to sell, or causing to be sold, the trust
4
5  property described in the Complaint on file in this action and located at 705 Kilson Dr., Santa
6  Ana, CA 92701, either under the power of sale in the deed of trust or by foreclosure action.
7
8      IT IS FURTHER ORDERED that, pending a hearing on the order to show cause
9  Defendants, Defendants WELLS FARGO BANK, N.A. successor by merger with WELLS
10 FARGO BANK, N.A., f/k/a WACHOVIA MORTGAGE, FSB, f/k/a WORLD SAVINGS
11 BANK, FSB; NDEX WEST, L.L.C, their agents, officers, employees, partners, successors, and
12 representatives; all persons acting in concert or participating with them; and each of them are
13 restrained and enjoined from selling or attempting to sell, or causing to be sold, the trust
14 property described in the complaint on file in this action and located at 705 Kilson Dr., Santa
15 Ana, CA 92701, either under the power of sale in the deed of trust or by foreclosure action.
16
17     IT IS FURTHER ORDERED that a copy of the Complaint, supporting declarations and
18 Memorandum of Points and Authorities, together with a copy of this Order to Show Cause and
19 Temporary Restraining Order, be served on Defendants WELLS FARGO BANK, N.A.
20 successor by merger with WELLS FARGO BANK, N.A., f/k/a WACHOVIA MORTGAGE,
21 FSB, f/k/a WORLD SAVINGS BANK, FSB; NDEX WEST, L.L.C, no later than
22 August 18, 5 p.m. Defendants' response must be filed by
23 August 23 at noon; Reply, if any, filed by August 24 at 4 p.m.
24 Date: August 17, 2011

UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED by email or
BY FAX DELIVERY ON PLAINTIFF/DEFENDANT (OR PARTIES)
AT THEIR RESPECTIVE MOST RECENT FAX NUMBER OF RECORD
IN THIS ACTION ON THIS DATE.
DATE: 8/17/11

DEPUTY CLERK

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER
2